Michael A. Barcott, ABA #7705005
John E. Casperson, ABA #7910076
HOLMES WEDDLE & BARCOTT, P.C
3101 Western Avenue, Suite 500
Seattle, WA 98121-3071
Phone: 206-292-8008
Fax: 206-340-0289
Email: jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALASKA PORT INNOVATIONS,
LLC, an Alaska limited liability
company,

               Plaintiff,
   v.

MALASPINA, O.N. 290288, its Engines,
Machinery, Appurtenances, etc.,
*In Rem;*
               Defendant.

IN ADMIRALTY

Case No:

**VERIFIED COMPLAINT IN REM FOR ENFORCEMENT OF
NECESSARIES LIEN AND VESSEL ARREST**

Alaska Port Innovations, LLC (referred to at times hereafter as "API" or

"Plaintiff") alleges as follows:

**I. PARTIES**

1.1.   ALASKA PORT INNOVATIONS, LLC, is an Alaska limited

liability company.

1.2.   *In rem* Defendant vessel M/V MALASPINA is a United States

VERIFIED COMPLAINT
*Alaska Port Innovations, LLC. vs MALASPINA*
Case No. _____ - Page 1 of 6

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 981121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:26-cv-00164-ACP-MMS   Document 1   Filed 04/17/26   Page 1 of 6

Coast Guard Documented Vessel (O.N. 290288) ( together with its Engines, Machinery, Appurtenances, etc., the "Vessel") which, upon information and belief, is owned by M/V Malaspina LLC. The Vessel is currently located in this District.

## II. JURISDICTION AND VENUE

2.1     This is a matter of admiralty and maritime jurisdiction under 28 U.S.C. §1333, a claim of maritime line under 46 U.S.C. §31342, and an admiralty and maritime matter within the meaning of Fed. R. Civ. P. 9(h). The Court has supplemental jurisdiction over any related state law claims under 28 U.S.C. §1367.

2.2     Venue is proper under 28 U.S.C. §1391 since the *in rem* Defendant is located in this District.

## III.     STATEMENT OF FACTS

3.1     The Vessel has been moored on Plaintiff's property since November 25, 2024 and moorage remains unpaid, due, and owing.

3.2     Moorage for the Vessel from November 25, 2024 to the present is unpaid and is due, in the amount of $517,140 through April 16, 2026 and accruing thereafter at $1,020.00 per day.

## IV.     FIRST CAUSE OF ACTION: FORECLOSURE OF MARITIME LIEN AND ARREST OF VESSEL (46 U.S.C. § 31342)

4.1     Plaintiff re-alleges the paragraphs above as if fully set forth herein.

VERIFIED COMPLAINT
*Alaska Port Innovations, LLC. vs MALASPINA*
Case No. _____ - Page 2 of 6

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  981121-3071
TELEPHONE (206) 207-8008
FAX (206) 340-0289

4.2 By providing moorage for the Vessel, Plaintiff provided necessaries in accordance with 46 U.S.C. § 31342. Therefore, any unpaid moorage charges give rise to a maritime lien against the Vessel under applicable law.

4.3 Due to the failure to pay moorage from November 25, 2024 to the present, Plaintiff has a maritime lien against the Vessel in the amount of $517,140 through April 16, 2026 and accruing thereafter at $1,020.00 per day, along with continually accruing interest, attorneys' fees, costs, and arrest/custody costs.

4.4 Due to the failure to pay moorage from November 2024 to the present, Plaintiff is entitled to arrest the Vessel under federal maritime law, to foreclose its lien, and sell the Vessel to satisfy the debt and lien.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1. That this Court enter judgment and decree payment due by sale of the Vessel for the following:

a. Past due moorage charges of $517,140 through April 16, 2026, and accruing thereafter at $1,020.00 per day, along with continually accruing interest, attorneys' fees, costs, and arrest/custody costs.

b. Interest on the moorage charges in accordance with maritime law;

c. Reasonable attorneys' fees and costs; and

VERIFIED COMPLAINT
*Alaska Port Innovations, LLC. vs MALASPINA*
Case No. _____ - Page 3 of 6

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 981121-3071
TELEPHONE (206) 207-8008
FAX (206) 340-0289

d.  The collection costs and other costs of this action including charges for all fees of the U.S. Marshal, for keepers, for the Substitute Custodian, and their costs incurred in this action.

2.  That Plaintiff be adjudged the holder of a valid maritime lien on the Vessel, including for the payment of sums due, including costs and attorneys' fees, and that this Court declare such lien to be superior to all other liens which may exist against the Vessel.

3.  That such lien in favor of Plaintiff be foreclosed and the Vessel be sold by the U.S. Marshal and the proceeds of the sale be applied and delivered to pay demands and claims of Plaintiff in the amount and to the extent as specifically set forth herein, together with costs and attorneys' fees, and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessel are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessel.

4.  That *in rem* process in due form of the law issue against the Vessel.

5.  That the Court issue a warrant of arrest, authorizing the U.S. Marshal to arrest the Vessel in accordance with the Supplemental Admiralty Rules, and that the Vessel be placed in the hands of a Substitute Custodian.

6.  That the Court order the sale of the Vessel by the U.S. Marshal and that, as such Marshal's sale, Plaintiff be permitted to bid, without cash deposit, its

VERIFIED COMPLAINT
*Alaska Port Innovations, LLC. vs MALASPINA*
Case No. _____ - Page 4 of 6

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  981121-3071
TELEPHONE (206) 291-8008
FAX (206) 340-0289

judgment, accrued interest, costs and attorneys' fees, up to the full amount thereof

7.    That Plaintiff have such other and further relief as in law and equity it may be entitled to receive.

Dated this 17th day of April, 2026.

HOLMES WEDDLE & BARCOTT PC

By:    *s/ Michael A Barcott*
Michael A. Barcott, ABA #7705005
John E. Casperson, ABA #7910076
Attorneys for plaintiff Alaska Port Innovations, LLC

VERIFIED COMPLAINT
*Alaska Port Innovations, LLC. vs MALASPINA*
Case No. _____ - Page 5 of 6

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  981121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98111-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

## VERIFICATION

I, _Joe R Duca_, being first duly sworn, upon oath depose and state that I am the _Decision Maker_ for Alaska Port Innovations, LLC, the Plaintiff in this action. I have read the above and foregoing Complaint, know the contents thereof and believe the same to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _17th_ day of April, 2026.

_Joe R Duca_ [name]
_Board Member/Owner_ [title]
Alaska Port Innovations, LLC

VERIFIED COMPLAINT
*Alaska Port Innovations, LLC. vs MALASPINA* Case No. _____ - Page 6 of 7