IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA PORT INNOVATIONS, LLC, an Alaska limited liability company, | ) ) ) ) IN ADMIRALTY |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MALASPINA, O.N. 290288, its Engines, Machinery, Appurtenances, etc., *In Rem*; | ) Case No: 3:26-cv-00164-HRH ) ) ) ) |
| Defendant. | ) ) |

## <u>DECLARATION OF JOHN BINKLEY</u>

1.    My name is John Binkley. I am the Chairman of Godspeed, Inc. and currently the CEO of Ward Cove Dock Group, LLC ("WCDG"), an Alaska limited liability company in good standing and which wholly owns M/V Malaspina, LLC, which owns the M/V Malaspina. Godspeed, Inc., an Alaska corporation in good standing, is a 50% owner of WCDG.

2.    I am a lifelong Alaskan, born and raised in Fairbanks, and a third-generation Alaskan. I grew up working in my family's tourism business and have spent my entire career building Alaska's visitor industry. I served as Chairman and CEO of Riverboat Discovery for 14 years, as President of El Dorado Gold Mine for 12 years, and in 1977 co-founded Northwest Navigation, a tug and barge freight operation. I was elected to the Alaska House of Representatives and later the Alaska State Senate, where I served as Co-Chairman of the Finance Committee. I founded the Alaska Cruise Association in 2007, which later merged with Cruise Lines International Association ("CLIA"), and served as

President of CLIA Alaska until October 2019, when I stepped down to focus on the WCDG venture. I have served on the Board of First National Bank Alaska since 2022 and was appointed by Governor Dunleavy to the Alaska Permanent Fund Corporation Board of Trustees in February 2025. I have also been on the Board of Directors for the Alaska Railroad for 30 years and have been Chairman for 13 years.

3. I have first-hand experience with, and personal knowledge of, the facts and matters discussed in this declaration.

4. I make this declaration in support of Godspeed's Emergency Motion for Order Allowing Employees to Remain Aboard Vessel After Arrest, and in support of Godspeed's Motion for Order Authorizing Posting of Substitute Security for Vessel or, in the Alternative, Scheduling Expedited Substitute Security Hearing.

5. WCDG is a limited liability company formed in 2019 and doing business as The Mill at Ward Cove, located in Ward Cove near Ketchikan, Alaska. I was chosen to serve as President of WCDG at its formation and later transitioned to the role of CEO in early 2024 when Jeff Gawel was hired as President to oversee day-to-day operations. WCDG owns and operates a two-berth, floating cruise ship dock in Ward Cove under a long-term Preferential Port Use Agreement with Norwegian Cruise Line. In addition to its dock operations, WCDG offers shore excursions, a welcome center, a museum, retail operations, and shuttles to downtown Ketchikan. WCDG employs approximately 25 full-time employees and up to 100 seasonal and part-time workers annually.

6. WCDG is owned on a 50/50 basis by Godspeed, Inc. ("Godspeed"), the Binkley family's holding company, and Power Systems & Supplies of Alaska LLC

("PSSA"), which I understand is ultimately owned by trusts benefiting the Spokely family of Ketchikan.

7. As the CEO of WCDG, I oversee the overall management and strategic direction of WCDG, support WCDG President Jeff Gawel in day-to-day operations, manage industry relationships with Norwegian Cruise Line and other cruise lines to grow ship calls and passenger volumes at Ward Cove, and lead WCDG's business development and upland expansion efforts. As part of my duties, I also oversee and am responsible for all matters related to the M/V Malaspina ("Malaspina"), including its use as employee housing and WCDG office space, its maintenance and operations, its moorage arrangements, and the welfare of the employees and other personnel who live and work aboard the vessel. When I am in Ketchikan on WCDG business, I too live aboard the Malaspina.

8. WCDG is the sole member and owner of M/V Malaspina, LLC, an Alaska limited liability company in good standing and based in Ketchikan, Alaska, and the entity that owns the Malaspina, the vessel in the above-captioned matter. I am the President of M/V Malaspina, LLC.

9. For context, the Malaspina is a decommissioned Alaska Marine Highway System ferry with a long history of service in Southeast Alaska. After the vessel was retired from state service, it was moored at Ward Cove, where the State of Alaska paid significant sums annually for its upkeep and moorage while determining its future. In 2022, the State solicited proposals for purchase of the vessel. I submitted a bid on behalf of M/V Malaspina, LLC, a subsidiary formed specifically for this purpose and wholly owned by

WCDG. Our bid was selected, and M/V Malaspina, LLC acquired the vessel from the State of Alaska in June 2022 for $128,250.00.[1] After the purchase, as a rough estimate, about $300,000.00 was spent on vessel improvements. Therefore, while I do not have an exact estimate as to the Malaspina's current fair market value, under no circumstance do I believe it is worth more than $500,000.00.

10. The purchase was driven by a practical need: in WCDG's first full season of operations, housing for seasonal employees was chaotic and expensive, and the Malaspina offered a solution—a large vessel already moored at Ward Cove that could be converted into employee housing, office space, and eventually a visitor attraction that would showcase the maritime history of Southeast Alaska. Since its acquisition, the Malaspina has served all of those functions and has become integral to WCDG's ability to staff and operate its cruise terminal each season.

11. At present, the Malaspina is a permanently moored structure that no longer has a Certificate of Inspection and is no longer under the jurisdiction of the U.S. Coast Guard. It is currently under the jurisdiction of the State of Alaska Fire Marshal and subject to current borough zoning laws. I will note that the U.S. Coast Guard has issued a letter stating that the Malaspina "is not a vessel as defined in 1 U.S.C. 3 due to its configuration, intended use, or mooring arrangement that prohibits it from a practical use as transportation

---

[1] *See* State of Alaska Press Release, "M/V Malaspina Officially Retiring to Ketchikan, Alaska" (June 1, 2022), attached as **Exhibit A**; Ketchikan Daily News, "Ward Cove Dock Group subsidiary buys Malaspina" (June 2, 2022), attached as **Exhibit B**.

on the water."[2] Indeed, since its acquisition in June 2022, the Malaspina has not been sailed, its engines and drive trains have not been maintained, and it is not intended to be sailed again. The Malaspina is now essentially a floating apartment complex and office building. Furthermore, to accommodate the residents on the Malaspina and to serve as office space, the Malaspina's electricity, water, sewage, and other utilities are all provided from shore—none of the vessel's own systems (generators, etc.) are used for those purposes.

12. The Malaspina is critical not only to WCDG operations, but also to the people who live aboard it. At this very moment, there are over 80 WCDG seasonal employees living on the Malaspina, with more employees arriving each day from around the country ahead of the 2026 cruise season, which begins April 30, 2026. In addition to WCDG employees, some non-WCDG personnel also reside aboard the vessel. The Malaspina also houses all of WCDG's administrative offices. Every WCDG business function—accounting, operations management, scheduling, and guest services coordination—is conducted from offices located on the Malaspina. There are no alternative office facilities available to WCDG at Ward Cove.

13. If the employees currently residing aboard the Malaspina are ejected from the vessel following its arrest, the consequences would be severe and immediate. Ketchikan is a small island community with a very limited housing supply. There is no other facility in Ketchikan that could house up to 100 seasonal workers. These are workers who have

---

[2] U.S. Coast Guard, *Letter re M/V MALASPINA (O.N. 290288)* (Aug. 23, 2024), attached as **Exhibit C**.

traveled to Ketchikan specifically for the season from around the country, and many have no local housing options whatsoever. Displacement from the Malaspina would render them immediately homeless and unable to perform their jobs. Without its seasonal workforce in place, WCDG operations for the 2026 season would come to a standstill—a result that, I note, would also cause Plaintiff Alaska Port Innovations, LLC ("API") significant harm, given that API also operates tourist attractions at Ward Cove. Similarly, not having access to the WCDG offices aboard the Malaspina would require terminating employment for 25 local Ketchikan residents, because there is no alternative office space available to WCDG. The disruption to the people who live and work on the Malaspina and to WCDG operations at this critical juncture would be devastating.

14.     I believe that allowing the employees living on the Malaspina to stay put during any potential arrest of the Malaspina would be the best approach for everyone involved. As I understand it, API's request to have the U.S. Marshals Service arrest the Malaspina is a legal tool to secure a financial claim—it is not meant to put many dozens of people out of their homes or shut down an entire business.

15.     Moreover, Godspeed plans to post substitute security immediately to get the Malaspina released, so any potential arrest should not last long. In the meantime, letting employees stay aboard avoids real and immediate harm to people who have nowhere else to go, and it also allows WCDG to keep operating as the cruise season starts. The alternative—forcing over 80 people off the vessel now, only to potentially allow them back on once substitute security is posted—accomplishes nothing except causing unnecessary hardship to workers who have no part in the financial dispute between API and WCDG.

16. Although this declaration is primarily in support of allowing all employees and other residents to remain on the Malaspina, I would also like to provide additional context to API's claims that WCDG has failed to pay for the Malaspina moorage. At the outset, this simply is not true.

17. Since its formation, WCDG has leased land in Ward Cove for its operations—including the tidelands where the Malaspina is moored—from PSSA, a half-owner of WCDG and WCDG's landlord. In November 2024, API acquired PSSA's land in Ward Cove subject to PSSA's pre-existing leases with its tenants, including WCDG's Malaspina moorage lease. Accordingly, WCDG continued making the Malaspina moorage payments to PSSA, who had confirmed that it continued to be WCDG's landlord.

18. Thus, WCDG has been paying moorage for the Malaspina over the entire past year and a half to PSSA, and it is Godspeed's position that WCDG is current on its moorage payments to the proper landlord. There is currently a dispute between Godspeed, PSSA, and API as to whom the moorage payments are due,[3] but again, this dispute should not be the basis of ejecting over 80 people who currently depend on the Malaspina as their only option for housing, and it should not be the basis of causing a business on the brink of its busy season to effectively shut down.

I declare under penalty of perjury that the foregoing is true and correct.

---

[3] There is currently pending litigation in Ketchikan Superior Court regarding this exact issue (among others), Case No. 1KE-26-00127CI. A copy of Godspeed's public, redacted complaint in that litigation is attached as **Exhibit D**. There is also currently pending litigation in Anchorage Superior Court regarding other disputes between the same parties, Case No. 3AN-26-05325CI.

Executed within the United States this 23rd day of April 2026.

By:    s/*John Binkley*
        John Binkley

## CERTIFICATE OF SERVICE

This is to certify that on April 23, 2026, the foregoing was served electronically through the CM/ECF system on all registered case users.

ASHBURN & MASON, P.C.

s/*Maarit Cain*
Maarit Cain